UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) JENNIFER G. BARBOUR, ) JULIAN P. STEPTOE, ) JAMILLA R. LANKFORD, ) ADAM A.D. BARBOUR, ) JACINTO A. RHINES, ) JOHN P. RHINES, ) JESSE A. RHINES, ) JEROME C. RHINES, ) CAROLYN C. STEPTOE, ) JULIE S. LEE, ) MARSHA S. CULLER, ) VERONICA VERA, AND ) JORDAN FUNERAL SERVICE, INC. ) ) Defendants. ) ) | Case No. _____ |

**METROPOLITAN LIFE INSURANCE COMPANY'S FINANCIAL INTEREST DISCLOSURE**

Certificate required by Rule 7.1(a) of the Federal Rules of Civil Procedure and LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned counsel of record for Plaintiff Metropolitan Life Insurance Company ("MetLife"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of MetLife which have any outstanding securities in the hands of the public.

1. MetLife, Inc.

These representations are made in order that judges of this Court may determine the need for Recusal.

This the 20th day of September, 2007.

Respectfully submitted,

METROPOLITAN LIFE INSURANCE COMPANY

Ronda Brown Esaw, Esq. (D.C. Bar No. 494516)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
Telephone: (703) 712-5392
Facsimile: (703) 712-5251
resaw@mcguirewoods.com

Attorney of Record for Plaintiff, Metropolitan Life Insurance Company

\4649140.1