## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**METROPOLITAN LIFE
INSURANCE COMPANY**

      **Plaintiff,**

      v.                        Case No. 1:07-01665

**JENNIFER G. BARBOUR,** *et. al.*

      **Defendants.**

## ANSWER OF JORDAN FUNDERAL SERVICE, INC.  TO COMPALINT FOR INTERPLEADER

      **COMES NOW,** Jordan Funeral Service, Inc., by and through counsel, Barry M. Tapp, Esq., and answers the complaint as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

10-21. Defendant is without sufficient knowledge or information to either admit

or deny the allegations of paragraphs 10-21.

22. Admitted.

23. Admitted.

24. Admitted.

25. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

26. Admitted.

27. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

28. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

29. Admitted.

30. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

31. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

32. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

33. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

## INTERPLEADER

34. Defendant adopts and incorporates herein be reference its answers in Paragraphs 1-33, s*upra*, as if fully set forth herein.

35. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

36. Defendant is without sufficient knowledge or information to either admit or deny the allegation.

37. Admitted.

38. Admitted.

39. Admitted.

40. Admitted.

41. Admitted.

42. Admitted.

43. Admitted.

WHERFORE, it is respectfully requested that this Honorable Court determine all interests in the insurance proceeds.

Respectfully submitted,

 /s/Barry M.Tapp_____
Barry M. Tapp
14662 Cambridge Circle
Laurel, MD 20707
301-725-6030
Bar #209395
Suwon4@aol.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have, this ____day of November, 2007, mailed, postage prepaid, first class, a copy of the foregoing to defendants and served Ronda Esqw electronically::

Ronda Brow Esaw, Esq.
McGUIRE WOODS LLP
1750 Tysos Boulevard, Suite 1800
McLean, VA 22102-4215

                                                           __/s/ Barry M.Tapp_____
                                                           Barry M. Tapp