UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,  **Plaintiff**  v.  JENNIFER G. BARBOUR JULIAN P. STEPTOE JAMILLA R. LANKFORD ADAM A.D. BARBOUR, JACINTO RHINES, JOHN P. RHINES, JESSE A. RHINES, JEROME C. RHINES, CAROLYN C. STEPTOE, JULIE S. LEE, MARSHA S. CULLER, VERONICA VERA, AND JORDAN FUNERAL SERVICE, INC.  **Defendants.** | Case No. 1:07-cv-01665 Assisgned To : Kollar-Kotelly, Colleen Assign Date : 9/20/2007 Description : Contract  RECEIVED NOV 2 3 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

## ANSWER TO MOTION FOR INTERPLEADER RELIEF

1. I, Jerome C. Rhines deny all claims as numbered and stated by Metropolitan Life Insurance in their Interpleader.

2. I support my sister, Jennifer G. Barbour's claim completely that she made back in December when our mother passed away in 2006. I reiterate everything I have already stated in my Affidavit made and supplied to Metropolitan Life Insurance earlier this year.

3. Metropolitan already received my original Affidavit and they still mailed me a claim form, beckoning me to apply to my mother's benefits to conflict with my sister and claiming that they would start paying out the money, as if to try to induce us to claim the money, as they

received other claims from other children, when they knew they already had Jenny's claim in from last December. Metropolitan claimed to children that they would start mailing out the money, divided up. Metropolitan knew they were really not going to pay out anything if they started receiving a bunch of other claims. But, they told us they would mail out the money when they received other claims from other children and even sent out information about a money market account and where we would get the money. That was not true. It seems the insurance company was doing things on purpose to upset my sister Jenny's claim even though the federal government told the insurance company that Jenny was the beneficiary and also had mailed only Jenny a form, informing her that she was the beneficiary.

4. I am a named Defendant and I maintain my rights to claim or sue Metropolitan in the event that something happened to my sister Jennifer before a decision about this. I would have a right to make a claim at that time, and I want to preserve that right.

5. I a named Defendant in this case, however, I do not know why I was named as a Defendant. I say again that I support my sister Jennifer G. Barbour's claim because my mother told me more than once that she left her life insurance to Jenny, her youngest child. I know that is what my mother wanted done with her insurance she has paid for all these years. My mother was 82 when she retired and she had worked with the federal government for about 45 years and it's just something not right with trying to ignore her and her wishes after all that service.

Respectfully submitted,

This 17 day of November, 2007.

Jerome C. Rhines
11048 Antietam Drive
Alta Loma, CA 91737
Telephone: 1(909) 987-4822