IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,**<br><br>*Plaintiff*<br><br>v<br><br>**JENNIFER G. BARBOUR**<br>**JULIAN P. STEPTOE**<br>**JAMILLA R. LANKFORD**<br>**ADAM A.D. BARBOUR**<br>**JACINTO RHINES**<br>**JOHN P. RHINES**<br>**JESSE A. RHINES**<br>**JEROME C. RHINES**<br>**CAROLYN C. STEPTOE**<br>**JULIE S. LEE**<br>**MARSHA S. CULLER**<br>**VERONICA VERA - AND**<br>**JORDAN FUNERAL SERVICE**<br><br>*Defendants.* | Case No. 1:07-cv-01665 CKK<br><br>RECEIVED<br>NOV 27 2007<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ANSWER OF ADAM BARBOUR TO INTERPLEADER COMPLAINT

1. I state that I am Adam Barbour and I do not agree with anything Met Life says in their lawsuit.

2. I restate everything in my Affidavit. I support my sister Jennifer G. Barbour's claim.

3. Metropolitan Life sent me a letter dated March 7, 2007 (attached) saying that my mother's designated beneficiary was dead and put a claim form in the envelope. They did not say in the letter that they already had my sister Jennifer's claim since December 2006.

Respectfully submitted,

This 25th day of November, 2007.

_____
Adam A. D. Barbour

## CERTIFICATE OF SERVICE

I certify that a copy of my Answer mailed US mail first class to Metropolitan Life Insurance counsel Ms. Ronda Esaw at McGuire Woods 1750 Tysons Boulevard Suite 1800 McLean, VA 22102-4215 on Sunday, November 25, 2007.

*[signature]*

Adam A. D. Barbour

November 25, 2007

OFFICE OF FEDERAL EMPLOYEES' GROUP LIFE INSURANCE
P.O. BOX 2627
JERSEY CITY, NJ 07303-2627

March 7, 2007

Mr. Adam A.D. Barbour
901 6th St., SW #606
Washington, DC 20024

Re:   Insured - Julia W. Barbour
      Claim Number - 20061202987
      Amount of Insurance - $134,000

Dear Mr. Barbour:

This is about the Federal Employees' Group Life Insurance (FEGLI) benefits of Julia W. Barbour.

I want you to know that I am sorry for your loss and will do everything I can to help you.

The designated beneficiary died before Ms. Barbour. Since Ms. Barbour does not have a surviving spouse, we must pay the insurance benefits to the children and descendants of any deceased children (please see the enclosed Order of Payment document).

Please complete the enclosed claim form in detail. Pay particular attention to **Part B**, regarding Ms. Barbour's marital history and **Part D**, which asks for the names, ages and addresses of Ms. Barbour's children and descendants of any deceased children.

I have received a certified death certificate for Julia W. Barbour. Another death certificate is not required.

When I receive the claim form(s) from the other child(ren) and/or any required document(s), I will process your claim. If your case requires no additional follow-up and/or documentation, the process takes about 10 business days. Please call me at 201 395-7957 if you have any questions.

Sincerely,

Linda Rivera/jj
Case Management Specialist
Enclosure(s)

3M-Revised 3/05