UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiff

V.

JENNIFER G. BARBOUR
JULIAN P. STEPTOE
JAMILLA R. LANKFORD
ADAM A.D. BARBOUR,
JACINTO RHINES,
JOHN P. RHINES,
JESSE A. RHINES,
JEROME C. RHINES,
CAROLYN C. STEPTOE,
JULIE S. LEE,
MARSHA S. CULLER,
VERONICA VERA, AND
JORDAN FUNERAL SERVICE, INC.

    Defendants.

Case No. 1:07-cv-01665
Assisgned To : Kollar-Kotelly, Colleen
Assign Date : 9/20/2007
Description : Contract

RECEIVED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ANSWER TO COMPLAINT

1. I, Julian P. Steptoe, deny all claims as numbered and stated by Metropolitan Life Insurance in their Interpleader.

2. I support my sister, Jennifer G. Barbour's claim completely that she made back in December when our mother passed away in 2006.

3. I assert that every claim to the court by MetLife is fraudulent, based on its dereliction of duty, in responding to the demands of its contract with the Federal Government, to have paid on demand and instruction, the benefits heretofore denied my mother's order made in procedural and statutory concurrence as approved and submitted by Federal agents. I further assert that this dereliction is the product of intent to defraud its contractual partner and the

clients whom they provide. Rather than conform to the rights and comply with the demands of those whom they are contracted to serve, MetLife instituted a campaign to solicit dissent, as a tactic to forestall payment as long as possible in the hope to avoid payment altogether, and at least, to earn itself an undue profit in the interest on monies unjustly withheld and submitted to the lottery of time, rather than into the hands of its intended. I ask the court to investigate, admonish, and punish this criminal behavior on the part of MetLife, to protect our citizenry from such underhanded, mean-spirited, dishonesty and intent to plunder.

4. I am a named Defendant and I maintain my rights to claim or sue Metropolitan in the event that something happened to my sister Jennifer before a decision about this. I would have a right to make a claim at that time, and I want to preserve that right.

Respectfully submitted,

This 21st day of November, 2007.

Julian P. Steptoe
3010 Wilshire Boulevard #299
Los Angeles, CA 90010
Telephone: 213-909-5223

CERTIFICATE OF SERVICE

I, JULIAN P. STEPTOE, hereby certify that I caused a copy of my Answer With Affirmative Defenses to be served this _21st_ day of NOVEMBER, 2007, first class mail from a location in Los Angeles County, California, postage prepaid, addressed as follows:

Ronda Esaw, Esquire
McGuireWoods, LLP
1750 Tysons Boulevard Suite 1800
McLean, VA 22102-4215


_November 21, 2007_
Date


_[signature]_
Signature