UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | Case No. 1:07-cv-01665 |
| V. | ) ) | Assisgned To : Kollar-Kotelly, Colleen<br>Assign Date : 9/20/2007 |
| JENNIFER G. BARBOUR<br>JULIAN P. STEPTOE<br>JAMILLA R. LANKFORD<br>ADAM A.D. BARBOUR,<br>JACINTO RHINES,<br>JOHN P. RHINES,<br>JESSE A. RHINES,<br>JEROME C. RHINES,<br>CAROLYN C. STEPTOE,<br>JULIE S. LEE,<br>MARSHA S. CULLER,<br>VERONICA VERA, AND<br>JORDAN FUNERAL SERVICE, INC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Description : Contract |
| Defendants. | ) ) | |

RECEIVED
NOV 3 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ANSWER TO MOTION FOR INTERPLEADER RELIEF

I, VERONICA VERA, am a named Defendant in this case, however, I do not know why I was named as a Defendant. I support Jennifer G. Barbour's claim.

Respectfully submitted,

This 21 day of November, 2007.

*/s/ Veronica A. Vera*
Veronica A. Vera
8581 Santa Monica Blvd #209
West Hollywood CA 90069
Telephone: (310) 896 6183