UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE INSURANCE COMPANY,

   Plaintiff,

   v.

JENNIFER G. BARBOUR, *et al.*,

   Defendants.

Civil Action No. 07-1665 (CKK)

# ORDER
(December 27, 2007)

On December 18, 2007, Metropolitan Life Insurance Company filed a Motion to Dismiss the counterclaim brought by Carolyn C. Steptoe in the above-captioned case. Ms. Steptoe is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Ms. Steptoe that she must respond to Plaintiff's Motion to Dismiss no later than January 28, 2008. If Ms. Steptoe does not respond, the Court will treat the Motion as conceded and dismiss Ms. Steptoe's counterclaim. The Clerk of the Court shall mail a copy of this Order to Ms. Carolyn Steptoe at the following address: 1257 Lawrence St., NE, Washington, D.C. 20017.

    **SO ORDERED**.

                                            /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge