UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>　Plaintiff,<br><br>　v.<br><br>JENNIFER G. BARBOUR, *et al.*,<br><br>　Defendants. | Civil Action No. 07-1665 (CKK) |

**ORDER**
(December 27, 2007)

On December 18, 2007, Metropolitan Life Insurance Company filed a Motion to Dismiss the counterclaim brought by Julie S. Lee in the above-captioned case. Ms. Lee is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Ms. Lee that she must respond to Plaintiff's Motion to Dismiss no later than January 28, 2008. If Ms. Lee does not respond, the Court shall treat the Motion as conceded and dismiss Ms. Lee's counterclaim. The Clerk of the Court shall mail a copy of this Order to Ms. Julie Lee at the following address: 607 Bridle Lane, Birmingham, AL 35243.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge