IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE )
INSURANCE COMPANY )
 )
    Plaintiff ) Case Number 1:07- CV - 01665
 ) HER HONOR JUDGE Colleen Kollar-Kotelly
v. )
 )
JENNIFER G. BARBOUR et al )
 )
    Defendants )

## ANSWER OF JACINTO A. RHINES TO COMPLAINT INTERPLEADER FILED BY METLIFE

1. I am Jacinto A. Rhines and a resident of Los Angeles, California. At 67 years of age, I am the eldest child of Mrs. Julia W. Rhines Steptoe Barbour.

2. I restate and incorporate here everything in my Affidavit supplied to Met Life, the Plaintiff, earlier this year and that exists as a part of their exhibits.

3. I deny everything in their Complaint. Metropolitan Life Insurance ridiculously named as a Plaintiff against me, my family members, and Jordan Funeral Home who buried my mother. Your Honor I am the eldest child, having full knowledge of my mother's wishes in total agreement with her that she wanted Jennifer Barbour her youngest child to receive her insurance benefits.

4. My mother made this decision in September 1998 while she was still very active and putting in many hours on her federal government job and my mother told me in the years after that that the insurance was to go to Jennifer.

5. In honoring our mother's reasons for wanting Jennifer to receive her benefits, all of us agree that honoring our mother and her wishes trumps everything else.

6. Mary Lomax's affidavit is fool proof and any attempt to discredit that woman who has nothing to do with any of this has no money interest at stake at all, but to tell the truth.

RECEIVED
DEC 2 6 2007
Clerk, U.S. District and
Bankruptcy Courts

1

7. This is to confirm that I do not desire claim for the insurance that is opposite to Jennifer's claim. I stand for my mother's clear wishes that is go to Jennifer and anyone else attempting to usurp Mother does so based on a crafted opportunity presented by MetLife's tricks and for their own personal gain presented to seize on a chance, an unexpected opportunity, to cash in. MetLife lied to everyone and did everything they could to get others to file a claim by saying they were going to start mailing money.

8. It is totally ridiculous that MetLife says they are 'vexed and harassed' by different claims because they basically begged and pleaded other children to file based on promises they would start mailing out money when other claims, other than Jenny's, came in. They fooled everyone and made a mockery of any one who was foolish enough to file a claim based on MetLife's promises to pay. The Plaintiff started all this and should have paid Jennifer G. Barbour outright. MetLife looked out for themselves, by passed my mother, the insured and filed this instead of paying Jenny.

9. The fact that PeGLI who is really MetLife insurance company sent me forms to sign for a personal claim <u>even after I told them not to</u> is totally wrong. Linda Rivera mailed me a claim form.

10. The real fact is MetLife thinks everybody is greedy for money like them and they thought by telling us they would start mailing us the money we would all start filing claims for the money, even though we knew it was not rightfully left to us. As you can see, the majority of us didn't file a claim and didn't fall for this trick presented by MetLife.

11. Jennifer is rightfully owed that money and MetLife should be punished for tricking decedent's beneficiary and making a joke of everyone and everything involved. My 83 year old Mother does not deserve this by this multibillion dollar company. My mother worked hard. She paid into that plan and now MetLife wants to exploit a minor situation and misrepresent to this court what they really did and not pay Jennifer.

12. Other affidavits from our other family members, and from the lady directly assigned to help employees knows my mother's wishes, providing clear evidence that MetLife, I do have any more

2

desire to call them "FegLI" because they are not an office of federal employees anything…they are private and have an office in their private building that is called something that sounds federal but is not. They are MetLife and should be only called that, MetLife.

13. MetLife had clear direction to pay Jennifer. Met Life is purposely attempting to go against my mother's wishes, by various bad faith activities, such as using my mother's benefits to earn interest assets, while holding back her benefits, tricking my youngest sister into sending a letter stating there is no trust account anymore, by sending all family members forms for personal claims and all the letters they sent out were not identical. They told my youngest brother that the designation person had died and you see they didn't attach that letter to what they said they mailed to everyone.

14. My mother's spirit and I will appreciate your judicial wisdom in straightening this out, and finally judging this unjust situation with faith regarding this ridiculous situation. I have devoted 29 unsalaried years to saving Black children from diabetes, heart disease, obesity, and drive by death and any death by the killer gun at my Natural Soul Food Non Profit Café feeding at risk kids deliciously and nutritiously.

15. To be named as a defendant, when the opposite should be, illustrates how double standards often work in American law to apply to African Americans unfortunately, even a pathetic attempt to disgrace the wishes of my mother and her September 2, 1998 designation and of her honorable 44+ years as a federal employee, who is my mother, who gave birth to all of us and we should be grateful for that.

16. MetLife and any other claimant trying to trash mother's wishes and substitute their wishes for mother's wishes and capitalize off what MetLife did in starting all this in the first place is just plain wrong and beyond egregious.

17. My grandfather Honorable J P Rhines practiced before the US Supreme Court after being born a slave in 1858. We live to honor our elders to the best of our ability.

18. Thank you Your Honor for your judgmental consideration of my knowledge and awareness in this ridiculous civil matter.

19. And, if this court can in any way reprimand and punish by stopping their behavior and financially punishing Plaintiff for creating this and not telling you the whole truth about what they did, I ask this Court to officially stop Plaintiff from utilizing these tactics, to ask other people to file claims based on this so called promise to pay, then use those other claims to come into court and say they were forced to go to court.

20. MetLife has probably done this to other families of federal employees and probably are doing it now and waiting to do it to other federal employees who pass away. Being a billion dollar insurance company, MetLife, they know what to do to upset families (even families in mourning).

21. Please find payment to Jennifer G. Barbour, not as I wish, but as my mother (the insured, the payer of the premiums) determined and instructed (and not as anyone else wishes or desires).

Responsibily and respectfully submitted,

Mr. Jacinto Aneille Rhines, Jr.

December 15, 2007

18. Thank you Your Honor for your judgmental consideration of my knowledge and awareness in this ridiculous civil matter.

19. And, if this court can in any way reprimand and punish by stopping their behavior and financially punishing Plaintiff for creating this and not telling you the whole truth about what they did, I ask this Court to officially stop Plaintiff from utilizing these tactics, to ask other people to file claims based on this so called promise to pay, then use those other claims to come into court and say they were forced to go to court.

20. MetLife has probably done this to other families of federal employees and probably are doing it now and waiting to do it to other federal employees who pass away. Being a billion dollar insurance company, MetLife, they know what to do to upset families (even families in mourning).

21. Please find payment to Jennifer G. Barbour, not as I wish, but as my mother (the insured, the payer of the premiums) determined and instructed (and not as anyone else wishes or desires).

Responsibily and respectfully submitted,

Mr. Jacinto Aneille Rhimes, Jr.
1764 West 24th Street
Los Angeles CA 90018

December 17, 2007

4

CERTIFICATE OF MAILING

I certify that a copy of my ANSWER will be mailed to the Plaintiff Ronda Esaw 1750 Tysons Blvd Suite 1800 McLean VA 22102-4215 and that copies will be mailed to the other named defendants at the addresses listed in the MetLife's Complaint.