UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | : | |
| | : | |
| Plaintiffs | : | Case No. 1:07-cv-01665 (CKK) |
| v. | : | |
| JENNIFER G. BARBOUR, et.al., | : | |
| Defendants. | : | |

**JOINT UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Julie Lee and Defendant Carolyn C. Steptoe jointly ask this Court for additional time to respond to Plaintiff's Motion to Dismiss. The Defendants respective holiday commitments, and beginning of the year work and personal demands, will render them unable to formulate and prepare a response by the present due date of, or about, January 8, 2008. The two Defendants conferred with Plaintiff, through counsel, who does not oppose an extension to January 25, 2008.

Respectfully submitted,

/s/ Julie Lee

Julie Lee, Esquire
  Proceeding Pro Se
607 Bridle Lane
Birmingham, Alabama 35243
(205) 968-4025

Carolyn c. Steptoe
  Proceeding Pro Se
1257 Lawrence Street, NE
Washington, DC  20017
(202) 636-8191

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiffs    :    Case No. 1:07-cv-01665 (CKK)

v.

JENNIFER G. BARBOUR, et.al.,

    Defendants.

## PROPOSED ORDER

In consideration of the Joint Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Dismiss Counterclaim and in an exercise of its authority and discretion, I hereby ORDER that the Motion is_____, and Defendants Julie Lee and Carolyn C. Steptoe shall file their responses to the Plaintiff 's Motion to Dismiss Counterclaim on, or before, January 25, 2008.

                                _____
                                Judge Coleen Kollar-Kotelly
                                District Court Judge
                                For the District of Columbia

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this date, December 27, 2007, the *foregoing Joint Unopposed Motion For Extension Of Time To Respond To Plaintiff's Motion To Dismiss*, and *Proposed Order* were filed, via hand delivery, with the U.S. District Court for the District of Columbia in the above-captioned case.

I further certify that a copy of both documents was served, via first class mail on the following counsel of record :

Barry McCoy Tapp
TAPP & ASSOCIATES
14662 Cambridge Circle
Laurel, MD 20707-3733
*Attorney for Defendant Jordan Funeral*

Ronda B. Esaw, Esq.
McGuire Woods LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102
*Attorney for Plaintiff MetLife*

_____
Carolyn C. Steptoe, *Pro Se*