UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE
INSURANCE COMPANY,

    Plaintiffs

v.

JENNIFER G. BARBOUR, et.al.,

    Defendants.

Case No. 1:07-cv-01665 (CKK)

**FILED**

DEC 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

In consideration of the Joint Unopposed Motion for an Extension of Time to Respond to Plaintiff's Motion to Dismiss Counterclaim and in an exercise of its authority and discretion, I hereby ORDER that the Motion is [for extension of time] _granted_, and Defendants Julie Lee and Carolyn C. Steptoe shall file their responses to the Plaintiff's Motion to Dismiss Counterclaim on, or before, January 25, 2008.

_____
Judge Coleen Kollar-Kotelly
District Court Judge
For the District of Columbia

12/28/07