UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE INSURANCE
COMPANY,

   Plaintiff,

    v.

JENNIFER G. BARBOUR, *et al.*,

   Defendants.

Civil Action No. 07-1665 (CKK)

**ORDER**
(January 30, 2008)

On January 23, 2008, Metropolitan Life Insurance Company filed a Motion to Dismiss the counterclaim brought by Jamilla R. Lankford in the above-captioned case. Ms. Lankford is representing herself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, this Court advises Ms. Lankford that she must respond to Plaintiff's Motion to Dismiss no later than February 29, 2008. If Ms. Lankford does not respond, the Court shall treat the Motion as conceded and dismiss Ms. Lankford's counterclaim. The Clerk of the Court shall mail a copy of this Order to Ms. Jamilla Lankford at the following address: 5203 Woodlawn Pl., Bellaire, TX 77401.

**SO ORDERED**.

                                   */s/*
                               COLLEEN KOLLAR-KOTELLY
                               United States District Judge