UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

METROPOLITAN LIFE INSURANCE
COMPANY,

     Plaintiff,

     v.

JENNIFER G. BARBOUR, *et al.*,

     Defendants.

Civil Action No. 07-1665 (CKK)

**ORDER**
(May 19, 2008)

Based on the reasoning set forth in an accompanying Memorandum Opinion, it is, this

19th day of May, 2008, hereby

    **ORDERED** that MetLife's [3] Motion for Interpleader Relief is GRANTED; it is further

    **ORDERED** that MetLife's [34] Motion to Dismiss the Counterclaims of Defendant

Carolyn Steptoe is GRANTED; it is further

    **ORDERED** that MetLife's [35] Motion to Dismiss the Counterclaims of Defendant Julie

Lee is GRANTED; it is further

    **ORDERED** that MetLife's [43] Motion to Dismiss the Counterclaims of Defendant

Jamilla Lankford is GRANTED; it is further

    **ORDERED** that MetLife shall deposit the disputed insurance policy proceeds totaling

approximately $134,000.00 plus any applicable interest into the registry of the Court; it is further

    **ORDERED** that the Clerk of the Court shall receive and invest the funds so that interest

may accrue, for ultimate disposition by order of this Court; it is further

**ORDERED** that MetLife shall be dismissed with prejudice from this action and discharged from any further liability associated with distribution of the disputed insurance policy proceeds; it is further

**ORDERED** that Defendant Marsha Culler shall be dismissed with prejudice from this action; and it is further

**ORDERED** that a status hearing is set for June 25, 2008 at 10:00 A.M. in Courtroom 28A before this Court, at which time the Court shall discuss and set a schedule for further proceedings in this case.

Date: May 19, 2008

_/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge