McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

Ronda B. Esaw
Direct: 703.712.5392

resaw@mcguirewoods.com
Direct Fax: 703.712.5251

# McGuireWoods

June 3, 2008

**VIA COURIER**
Ms. Nancy Mayer-Whittington
Clerk of Court
Clerk's Office – Civil Intake
United States District Court
For the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

RECEIVED
JUN - 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Re:   <u>Metropolitan Life Insurance Company v. Jennifer Barbour, et al.</u>
       Case No. 2007-cv-1665   CKK

Dear Ms. Mayer-Whittington:

Enclosed please find a check from Metropolitan Life Insurance Company in the amount of $137,084.65 to be deposited into the registry of the Court in the above-referenced matter. For your reference, I have also enclosed a copy of the Court's May 19, 2008 Order directing that such deposit be made.

Please file stamp the enclosed extra copy of this letter and return same to the undersigned in the self-addressed envelope provided.

If you have any questions regarding the enclosed materials, please do not hesitate to contact me at the number provided above.

Sincerely,

Ronda B. Esaw

/lkl

Encs.

June 3, 2008
Page 2


cc:  Johnny M. Howard
     Barry McCoy Tapp
     Jamilla R. Lankford
     Julie S. Lee
     Jerome C. Rhines
     John P. Rhines
     Carolyn C. Steptoe

```
Court Name: District of Columbia
Division: 1
Receipt Number: 4616012768
Cashier ID: lwebb
Transaction Date: 06/03/2008
Payer Name: Metropolitan Life Insurance
Co
----------------------------------
TREASURY REGISTRY
 For: Metropolitan Life Insurance Co
 Case/Party: D-DCX-1-07-CV-001665-001
 Amount:       $137,084.65
----------------------------------
CHECK
 Check/Money Order Num: 001090315
 Amt Tendered:   $137,084.65
----------------------------------
Total Due:      $137,084.65
Total Tendered: $137,084.65
Change Amt:     $0.00
```

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $45 fee will be charged for a returned check.