REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: M

| CAUSE OF ACTION: | 28:1331 Federal Question Insurance Contract | | | |
|---|---|---|---|---|
| CASE NO:<br>07cv1665 | DATE REFERRED:<br>June 25, 2008<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Colleen Kollar-Kotelly | MAG. JUDGE<br>Alan Kay |

| PLAINTIFF(S):<br>METROPOLITAN LIFE INSURANCE COMPANY | DEFENDANT(S):<br>JENNIFER G. BARBOUR, ET AL |
|---|---|

ENTRIES:

MEDIATION TO COMMENCE JUNE 25, 2008 AND CONCLUDE SEPTEMBER 25, 2008