UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1: 07-cv-01665-CCK** |
| | ) | |
| **JENNIFER G. BARBOUR, <u>et al.</u>** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

## <u>PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS</u>

COMES NOW Plaintiff Metropolitan Life Insurance Company ("MetLife") by counsel and for its Petition for Award of Attorneys' Fees and Costs states as follows:

1.      MetLife filed its Complaint for interpleader and Motion for Interpleader Relief on September 20, 2007, pursuant to 28 U.S.C. §§ 1331, 1332, 1335, 8701 et seq., and Rule 22 (a) of the Federal Rules of Civil Procedure, for disbursements of the proceeds of Decedent Julia W. Barbour's life insurance policy, bearing group policy number 17000-G.  MetLife instigated this interpleader action because Defendant Jennifer G. Barbour, one of the twelve children of the deceased, has claimed entitlement to all of the proceeds of the Decedent's life insurance coverage arising from her federal employment as the sole beneficiary under a certain beneficiary designation form.  Several of Decedent's other children protest Jennifer G. Barbour's sole entitlement, and have claimed entitlement to a portion of the proceeds.

2.      The dispute between the Defendants provided a good faith basis for MetLife to file this action and MetLife is entitled to its costs and attorneys' fees for

having to institute this interpleader.  *See Prudential Ins. Co. of Am. v. Boyd*, 781 F.2d

1494, 1497 (11th Cir. 1986) ("In an interpleader action, costs, and attorneys' fees are

generally awarded, in the discretion of the court to the plaintiff who initiates the

interpleader as a mere disinterested stake holder."); *Corrigan Dispatch Co. v. Casa

Guzman, S.A.*, 696 F.2d 359, 364 (5th Cir. 1983) (noting that it is "well-settled" that a

district court has authority to award costs, including reasonable attorneys' fees, in

interpleader actions).

      3.    On May 19, 2008, this Court granted Plaintiff's Motion for Interpleader

Relief and directed MetLife to deposit the disputed insurance policy proceeds and any

applicable interest into the registry of the Court.  The insurance policy proceeds were

subsequently filed with the Registry of the Court on June 3, 2008.

      4.    Similarly, this Court should award attorney's fees and costs as MetLife

had a need and a good faith basis in commencing this action, as there is a dispute between

Defendants regarding the insurance policy proceeds.  Several of the Defendants claim the

same funds, and disbursement to any of the Defendants would subject MetLife to a claim

from the other parties.  Therefore, this Court should award $16,839.84 in attorneys' fees

and $1,253.29 in costs to MetLife as the reasonable fees and costs for its prosecution of

this action.  Attached hereto as Exhibit A is Ronda B. Esaw's Affidavit in Support of

Attorney's Fees.

      WHEREFORE, Plaintiff Metropolitan Life Insurance Company, by counsel,

moves this Court to award it $16,839.84 in attorneys' fees and $1.253.29 in costs from

the proceeds of the policy at issue, for prosecuting this action and all other remedies this

Court deems appropriate.

Respectfully submitted this 2nd day of July, 2008.

METROPOLITAN LIFE INSURANCE COMPANY

By Counsel

_____/s/ Ronda B. Esaw_____
Ronda Brown Esaw, Esq. (D.C. Bar No. 494516)
McGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia  22102-4215
Telephone:  (703) 712-5392
Facsimile:  (703) 712-5251
resaw@mcguirewoods.com
Attorney for Plaintiff, Metropolitan Life
Insurance Company

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 2nd day of July, 2008, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system, which will send notification

of such filing (NEF) to the following:

Johnny M. Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C.  20036
*Attorney for Defendant Jennifer G. Barbour*

Barry M. Tapp
14662 Cambridge Circle
Laurel, Maryland  20707
*Attorney for Jordan Funeral Service, Inc.*

And I hereby certify that I will mail the document by U.S. mail to the following

non-filer user(s):

| | | |
|---|---|---|
| Julian P. Steptoe<br>3010 Wilshire Boulevard, #299<br>Los Angeles, CA  90010 | Jamilla R. Lankford<br>5203 Woodlawn Place<br>Bellaire, TX  77401 | Adam A.D. Barbour<br>901 6th Street, S.W., #606<br>Washington, D.C.  20024 |
| Jacinto A. Rhines<br>1764 W. 24th Street<br>Los Angeles, CA  90018 | John P. Rhines<br>5233 N. Capital Street, N.E., #312<br>Washington, D.C.  20011 | Jesse A. Rhines<br>Apartment M107<br>810 S. Flower Street<br>Los Angeles, CA  90017 |
| Jerome C. Rhines<br>11048 Antietem Drive<br>Alta Loma, CA  91737 | Carolyn C. Steptoe<br>1257 Lawrence Street, N.E.<br>Washington, D.C.  20017 | Julie S. Lee<br>607 Bridle Lane<br>Birmingham, AL  35243 |
| Marsha S. Culler<br>11519 Sequoia Lane<br>Beltsville, MD  20705 | Veronica Vera<br>8581 Santa Monica Blvd., #209<br>West Hollywood, CA  90069 | |

_____/s/ Ronda B. Esaw_____

\6304843.2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1: 07-cv-01665-CCK** |
| | ) | |
| **JENNIFER G. BARBOUR, <u>et al.</u>** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

### <u>AFFIDAVIT OF RONDA B. ESAW</u>

Ronda B. Esaw, being duly sworn, deposes and states as follows:

1.      I am a lawyer with McGuireWoods LLP who represents Plaintiff in this matter.  I graduated from Washington & Lee University School of Law, Lexington, Virginia in 1994.  I became licensed to practice law in the Commonwealth of Virginia in 1995 and am currently a member in good standing of the District of Columbia Bar and the Virginia State Bar.

2.      Mariah L. Lewis was also a lawyer with McGuireWoods LLP who represented Plaintiff in this matter.  Ms. Lewis graduated from Duquesne University School of Law in 2006.  Ms. Lewis is admitted to practice in the District of Columbia and Pennsylvania and is a member in good standing of the District of Columbia Bar and the Pennsylvania State Bar.

2.      McGuireWoods LLP charges $346.80 per hour for my services relating to this matter and $223.25 per hour for Ms. Lewis's services.  These fees are based upon the firm's evaluation of the prevailing hourly rates in the community for attorneys with our levels of experience.



EXHIBIT
A

3.      Plaintiff reasonably incurred actual fees of $16,839.84 and actual costs of $1,253.29 in connection with preparing and filing its Complaint and Motion for Interpleader Relief, as well as a sundry of responsive pleadings in support of its Motion for Interpleader Relief as a result of the Defendants' disputed claims over Decedent Jennifer Barbour's FEGLI insurance proceeds.

4.      I make this affidavit of my personal knowledge, information and belief.  If called as a witness, I can testify competently to the foregoing in open court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 2, 2008.

Ronda B. Esaw

COMMONWEALTH OF VIRGINIA:

CITY/COUNTY OF FAIRFAX:


    I hereby certify that the foregoing Affidavit was acknowledged before me, a Notary Public, this 2nd day of July, 2008, by Ronda B. Esaw.


                          *Sheila Chapman*
                          Notary Public


My Commission Expires: *July 31, 2010*

Sheila Chapman
Commonwealth of Virginia
Notary Public
Commission No. : 121975
My Commission Expires 07/31/10

3

\6305897.1