UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil 1:07-cv-01665-CKK |
| JENNIFER G. BARBOUR, et al. | ) ) | |
| Defendants | ) | |

**MOTION TO ENLARGE THE TIME TO FILE DEFENDANT
JENNIFER G. BARBOUR'S
OPPOSITION TO PLAINTIFF'S PETITION FOR
<u>AWARD OF ATTORNEYS' FEES AND COSTS</u>**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Jennifer G. Barbour, by and through undersigned counsel, moves the Court to enlarge the time for filing the defendant's opposition to Plaintiff's Petition for Award of Attorney's Fees and Costs up to and including July 21, 2008. This Defendant requires additional time to refine the legal arguments to be advanced in the opposition. In further support of the motion, this defendant relies on the attached memorandum of points and authorities.

Dated: July 17, 2008

Respectfully submitted,
HOUSTON & HOWARD

　　*/s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July 2008, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Ronda Brown Esaw, Esq.
McGuire WOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
*Attorney for Plaintiff*

Barry M. Tapp
14662 Cambridge Circle
Laurel, Maryland 20707
*Attorney for Jordan Funeral Service, Inc.*

And I hereby certify that I will mail the document by U.S. mail to the following non-filer user(s):

Julian P. Steptoe
3010 Wilshire Boulevard,
#299
Los Angeles, CA 90010

Jamilla R. Lankford
5203 Woodlawn Place
Bellaire, TX 77401

Adam A.D. Barbour
901 6th Street, S.W., #606
Washington, D.C. 20024

Jacinto A. Rhines
1764 W. 24th Street
Los Angeles, CA 90018

John P. Rhines
5233 N. Capital Street, N.E., #312
Washington, D.C. 20011

Jesse A. Rhines
Apartment M107
810 S. Flower Street

Los Angeles, CA 90017

Jerome C. Rhines
11048 Antietem Drive
Alta Loma, CA 91737

Carolyn C. Steptoe
1257 Lawrence Street, N.E.
Washington, D.C. 20017

Julie S. Lee
607 Bridle Lane
Birmingham, AL 35243

Marsha S. Culler
11519 Sequoia Lane
Beltsville, MD 20705

Veronica Vera
8581 Santa Monica Blvd., #209
West Hollywood, CA 90069

                    */s/ Johnny M. Howard*
                    Johnny M. Howard

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE )<br>INSURANCE COMPANY, )<br>)<br>    Plaintiff )<br>)<br>    v. )<br>)<br>JENNIFER G. BARBOUR, et al. )<br>)<br>    Defendants )<br>_____ ) | Civil 1:07-cv-01665-CKK |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ENLARGE THE TIME TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S PETITION FOR AWARD OF ATTORNEYS' FEES AND COSTS**

1. Fed. R. Civ. P. 6(b)

2. The inherent power of the Court.

3. The record herein.

Respectfully submitted,
HOUSTON & HOWARD

    */s/ Johnny M. Howard*
Johnny M. Howard, #264218
1001 Connecticut Avenue, NW
Suite 402
Washington, DC  20036
(202) 628-7058
Email:  houhow@erols.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>JENNIFER G. BARBOUR, et al. )<br>)<br>Defendants ) | Civil 1:07-cv-01665-CKK |

**ORDER**

Upon consideration of the Defendant's Motion to Enlarge the time to file an Opposition to Plaintiff's Petition for Award of Attorney's Fees and Costs, the memorandum of points and authorities in support thereof and the opposition thereto, and it appearing that Defendant Jennifer G. Barbour has shown good cause for the relief requested on the motion, it is, by the Court, this \_\_\_\_ day of July 2008,

ORDERED that Defendant's Motion to Enlarge the Time to file an Opposition to Plaintiff's Petition for Award of Attorney's Fees and Costs, be and the same is hereby granted, and it is

FURTHER ORDERED That Defendant Jennifer G. Barbour shall file her opposition to Plaintiff's Petition for Award of Attorney's Fees and Costs on July 21, 2008.

_____
U. S. DISTRICT COURT JUDGE