UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **METROPOLITAN LIFE** ) <br> **INSURANCE COMPANY,** ) <br>   ) <br>   **Plaintiff,** ) <br>   ) <br> v.   ) <br>   ) <br> **JENNIFER G. BARBOUR, et al.** ) <br>   ) <br>   **Defendants.** ) <br> _____) | Case No. 1: 07-cv-01665-CKK |

**NOTICE OF WITHDRAWAL OF PLAINTIFFS'
PETITION FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

COMES NOW Plaintiff Metropolitan Life Insurance Company ("MetLife") by and through counsel, and notifies the Court that it is withdrawing its Petition for an Award of Attorneys' Fees and Costs previously filed with the Court on July 2, 2008.

Respectfully submitted this 25th day of July, 2008.

                METROPOLITAN LIFE INSURANCE COMPANY

                By Counsel

                   /s/ Ronda B. Esaw
                Ronda Brown Esaw, Esq. (D.C. Bar No. 494516)
                McGUIREWOODS LLP
                1750 Tysons Boulevard, Suite 1800
                McLean, Virginia  22102-4215
                Telephone:  (703) 712-5392
                Facsimile:  (703) 712-5251
                resaw@mcguirewoods.com
                Attorney for Plaintiff, Metropolitan Life
                Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of July, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing (NEF) to the following:

Johnny M. Howard
1001 Connecticut Avenue, NW
Suite 402
Washington, D.C.  20036
*Attorney for Defendant Jennifer G. Barbour*

Barry M. Tapp
14662 Cambridge Circle
Laurel, Maryland  20707
*Attorney for Jordan Funeral Service, Inc.*

And I hereby certify that I will mail the document by U.S. mail to the following non-filer user(s):

| | | |
|---|---|---|
| Julian P. Steptoe<br>3010 Wilshire Boulevard, #299<br>Los Angeles, CA  90010 | Jamilla R. Lankford<br>5203 Woodlawn Place<br>Bellaire, TX  77401 | Adam A.D. Barbour<br>901 6th Street, S.W., #606<br>Washington, D.C.  20024 |
| Jacinto A. Rhines<br>1764 W. 24th Street<br>Los Angeles, CA  90018 | John P. Rhines<br>5233 N. Capital Street, N.E., #312<br>Washington, D.C.  20011 | Jesse A. Rhines<br>Apartment M107<br>810 S. Flower Street<br>Los Angeles, CA  90017 |
| Jerome C. Rhines<br>11048 Antietem Drive<br>Alta Loma, CA  91737 | Carolyn C. Steptoe<br>1257 Lawrence Street, N.E.<br>Washington, D.C.  20017 | Julie S. Lee<br>607 Bridle Lane<br>Birmingham, AL  35243 |
| Marsha S. Culler<br>11519 Sequoia Lane<br>Beltsville, MD  20705 | Veronica Vera<br>8581 Santa Monica Blvd., #209<br>West Hollywood, CA  90069 | |

　　　　　　　　　　　　　　　　　　　/s/ Ronda B. Esaw

\6432636.1